UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0100 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a sixty-day extension of time to file an amended complaint. ECF No. 10. In support of the motion, plaintiff states that a prison outbreak of the COVID-19 virus has prevented him from using the law library to conduct research. See id. at 1.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is GRANTED, and

2. Plaintiff shall have sixty days from the date of this order within which to file an amended complaint.

DATED: July 12, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE