UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0100 JAM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 14, 2021, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 12.  As of November 12, 2021, plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations issued October 14, 2021 (ECF No. 12), are **ADOPTED** in full, and

2.  This action is **DISMISSED** without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: November 22, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

will0100.800